EPSTEIN BECKER & GREEN, P.C.
Attorneys for Defendants
The Pepsi Bottling Group, Inc.
Kevin Daniels, Amy Corona
and Doug Haasis
Two Gateway Center, 12th Floor
Newark, New Jersey 07102-5003
(973) 642-1900
Carmine A. Iannaccone (CAI 6615)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MOSES EASTER, | CIVIL ACTION NO. |
| Plaintiff, | |
| vs. | |
| PEPSI BOTTLING GROUP, INC., KEVIN DANIELS, AMY CORONA, and DOUG HASIS, | **CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2** |
| Defendants. | |

Pursuant to Local Civil Rule 11.2 of the United States District Court for the District of New Jersey, I hereby certify that the matter in controversy is not the subject of any other pending or contemplated court action or arbitration proceeding and know of no additional parties who should be joined in this action.

*s/ Carmine A. Iannaccone*
Carmine A. Iannaccone
Epstein Becker & Green, P.C.
Two Gateway Center, 12th Floor
Newark, New Jersey 07102-5003
Telephone: (973) 642-1900
Facsimile: (973) 642-0099
Email: ciannaccone@ebglaw.com

DATED: October 13, 2009

NE:3151002v1