EPSTEIN BECKER & GREEN, P.C.
Two Gateway Center, 12th Floor
Newark, New Jersey 07102-5003
(973) 642-1900
Attorneys for Defendants
The Pepsi Bottling Group, Inc.
Kevin Daniels, Amy Corona
and Doug Haasis

|  |  |
|---|---|
| MOSES EASTER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PEPSI BOTTLING GROUP, INC., KEVIN DANIELS, AMY CORONA, and DOUG HASIS,<br><br>　　　　　　Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: ESSEX COUNTY<br>DOCKET NO. ESX-L-6719-09<br><br>CIVIL ACTION<br><br>**NOTICE OF FILING OF NOTICE OF REMOVAL** |

TO: Clerk
　　Superior Court of New Jersey
　　Essex County Court House
　　113 Essex County Courts Building
　　50 West Market Street
　　Newark, New Jersey 07102.

SIR/MADAM:

**PLEASE TAKE NOTICE** that, on October 13, 2009, defendants, The Pepsi Bottling Group, Inc., Kevin Daniels, Amy Corona and Doug Haasis, filed a Notice of Removal in the United States District Court for the District of New Jersey to remove the above-captioned action

NE:3151007v1

from the Superior Court of New Jersey, Law Division, Essex County, Docket No. ESX-L-6719-09, to the United States District Court for the District of New Jersey.

**PLEASE TAKE FURTHER NOTICE** that this Notice of that filing is given pursuant to the provisions of 28 U.S.C. §1446(d), as amended. Accompanying this Notice is a copy of the Notice of Removal so filed.

EPSTEIN BECKER & GREEN, P.C.
Attorneys for Defendants
The Pepsi Bottling Group, Inc., Kevin Daniels, Amy Corona and Doug Haasis

By: _____
CARMINE A. IANNACCONE
A Member of Firm

DATED: October 13, 2009

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this date I caused a copy of the foregoing Notice of Filing of Notice of Removal to be served upon plaintiff by mailing same, via first class mail to Estelle Flynn Lord, Esq., attorney for plaintiff, Moses Easter, at 111 Quimby Street, Suite #1, Westfield, New Jersey 07090. I also caused two copies of the foregoing document to be served via ECF to the Clerk of the United States District Court, 50 Walnut Street, Newark, New Jersey 07102.

*Michelle Crespo*
Michelle Crespo

Dated: October 13, 2009