EPSTEIN BECKER & GREEN, P.C.
Attorneys for Defendants
The Pepsi Bottling Group, Inc.
Kevin Daniels, Amy Corona
and Doug Haasis
Two Gateway Center, 12th Floor
Newark, New Jersey 07102-5003
(973) 642-1900
Carmine A. Iannaccone (CAI 6615)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------x
MOSES EASTER,                : CIVIL ACTION NO.
            Plaintiff,       :
                             :
*vs.*                        :
                             :
PEPSI BOTTLING GROUP, INC., KEVIN    : **RULE 7.1 CORPORATE**
DANIELS, AMY CORONA, and DOUG        : **DISCLOSURE STATEMENT**
HASIS,                       :
            Defendants.      :
---------------------------------------x

    Pursuant to Fed. R. Civ. P. 7.1, defendant, The Pepsi Bottling Group, Inc., hereby discloses the following corporate information:

    The Pepsi Bottling Group, Inc. is a publicly traded corporation organized and existing under the laws of the State of Delaware. The Pepsi Bottling Group, Inc. does not have a parent corporation. PepsiCo, Inc. is the only publicly held corporation that owns 10% or more of The Pepsi Bottling Group, Inc.

    *s/ Carmine A. Iannaccone*
Carmine A. Iannaccone
Epstein Becker & Green, P.C.
Two Gateway Center, 12th Floor
Newark, New Jersey 07102-5003
Telephone: (973) 642-1900
Facsimile: (973) 642-0099
Email: ciannaccone@ebglaw.com

DATED: October 13, 2009

NE:3151000v1