# Estelle Flynn Lord
### Attorney At Law

| | | |
|---|---|---|
| *710 Frank E. Rodgers Blvd N.*<br>*East Newark, NJ 07029*<br>*(973) 483-1948* | *Please Reply to:* | *111 Quimby St. #1*<br>*Westfield, NJ 07090*<br>*(908) 654-3883* |
| | | *FAX: (908) 232-0317* |

June 14, 2010
(VIA E-FILE AND REGULAR MAIL)

Clerk
M.L. King Jr. Fed. Bldg. & Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:    **Easter v. Pepsi Bottling Group, et al.**
            **Docket No.: 09-cv-5188**

Dear Madam/Sir:

Enclosed you will find a copy of the proof mailing in regard to the above captioned matter. On June 11, 2010, a Motion to be Relieved as Counsel was e-filed and the proof of mailing was not attached.

Kindly attach this document with the motion that was filed.

Thank you for your courtesies in this matter.

                                              Respectfully Yours,

                                              Estelle Flynn Lord

EFL/dn
cc:    Moses Easter (via regular mail and certified r.r.r)
        Patrick Lucignani, Esq. (via fax and regular mail)