**Estelle Flynn Lord, Esq.**
111 Quimby Street, Suite #1
Westfield, New Jersey 07090
Phone (908) 654-3883 Fax (908) 232-0317
Attorney for: Plaintiff

## UNITED STATES DISTRICT COURT
## DISRTICT OF NEW JERSEY

| | |
|---|---|
| MOSES EASTER,<br><br>PLAINTIFF,<br><br>vs.<br><br>PEPSI BOTTLING GROUP, KEVIN DANIELS, AMY CORONA AND DOUG HASIS,<br><br>DEFENDANTS, | CIVIL ACTION NO.: 09-cv-05188 (SRC) (MAS)<br><br>Proof of Mailing |

TO:   Patrick Lucignani, Esq           Moses Easter
      Epstein Becker & Green, P.C.     807 South 12th Street
      Two Gateway Center, 12th Floor   Newark, NJ 07102
      Newark, NJ 07102-5003            **Via Regular Mail & Certified R.R.R**
      **Via Fax and Regular Mail**

As required by the Rules of Court and by Statute, I enclose copies of:

1. Notice of Motion to be Relieved as Counsel
2. Certification of Estelle Flynn Lord, Esq with attachments
3. Proposed Order

I, the undersigned, a Legal Assistant in the office of Estelle Flynn Lord, Esq., did on June 11, forward the items set forth above via fax & regular mail.

I hereby certify that the aforementioned statements made by me are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 14, 2010

_____
Dishauna Nix