Moses B. Easter
807 S. 12th Street
Newark N.J. 07108

RECEIVED
AT 8:30
JUN 22 2010
WILLIAM T. WALSH, CLERK
M

Hon. Michael Shipp

RE: Moses Easter V. Pepsi
Case No. 2:09-CV-05188-SRC

Dear Judge Shipp:

I oppose the motion of Estelle Lord Esq. to withdraw as my attorney.

Her reason for withdrawall is in every point about me pay her addional money. It was explained to her prior to accepting the case that I had no monies and had not received unemployment. Through family members I was able to borrow, over a period of time $6,500.00 that I gave her. With the expectations that she would satisfactorly represent me thru-out this entire case. I also have never received an itemized bill of Ms Lords services and expenses in this case.

If the court grants Ms Lords motion, however, I request that the court extend all discovery until at least October 30, 2010. to obtain new counsel and conduct discovery. It is understanding (over)

that Ms Lord conducted little or no discovery on my behalf.

Respectfully Yours