UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Easter,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Pepsi Bottling Group, Inc. et al.,<br><br>　　　　　　Defendants. | Civil Action No. 09-5188 (SRC)(MAS)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on July 21, 2010 for an in-person status conference and for Plaintiff's counsel's motion to withdraw as counsel; and for other good cause shown,

**IT IS** on this **22nd** day of **July, 2010**,

**ORDERED THAT:**

1. Estelle Flynn Lord is hereby relieved as counsel for Plaintiff Moses Easter.

2. Plaintiff shall retain new counsel by **9/21/10.**

3. There shall be a telephone status conference on **9/27/10** at **11:30 a.m.** Plaintiff's counsel shall initiate the call to (973) 645-3827.

_/s/ Michael A. Shipp_
**MICHAEL A. SHIPP**
**UNITED STATES MAGISTRATE JUDGE**

1